**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RICHARD STENGEL; MARY LOU
STENGEL,
                    *Plaintiffs-Appellants,*

            v.

MEDTRONIC INCORPORATED, a
foreign corporation,
                    *Defendant-Appellee.*

No. 10-17755

D.C. No.
4:10-cv-00318-RCC

ORDER

Filed July 25, 2012

---

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Fed. R. App. P. 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Wardlaw, Murguia and Hurwitz did not participate in the deliberations or vote as to whether the case should be taken en banc.